**STATE of Missouri, Respondent,**

v.

**William H. JONES, Appellant.**

**No. WD 36503.**

Missouri Court of Appeals,
Western District.

Nov. 12, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 24, 1985.

Application to Transfer Denied Feb. 18, 1986.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jack M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and KENNEDY and BERREY, JJ.

PER CURIAM:

Appeal from jury trial convictions of first degree burglary, § 569.160 RSMo (1978), and second degree robbery, § 569.030 RSMo (1978), and sentences to five years' and ten years' imprisonment, respectively. Judgment affirmed. Rule 30.25(b).